ROGERS, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17918.

*Charles D. Ray*, in support of the petition.

*Sperry A. DeCew*, in opposition.

Decided June 5, 2007

## IN RE JEREMY M.

The petition by the respondent Jeremy M. for certification for appeal from the Appellate Court, 100 Conn. App. 436 (AC 26548), is denied.

*Annacarina Del Mastro*, senior assistant public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided June 5, 2007

## STATE OF CONNECTICUT *v.* CLIFTON OWENS

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 619 (AC 26670), is denied.

*Cyd O. Oppenheimer*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided June 5, 2007